**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JORGE LUIS SORIA HERRERA, by and
through his next friend, EMILY CHAFFIN,

Petitioner,

v. CIVIL ACTION NO. 3:26-0557

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioner Jorge Luis Soria Herrera, by and through his next friend, Emily Chaffin. Pet., ECF No. 1. For the reasons discussed below, the Petition is **GRANTED**.

Petitioner challenges his current civil immigration detention without an individualized custody determination and requests immediate release. Pet. ¶¶ 2–3, 18–23. Petitioner was arrested

the morning of September 4, 2026, within the interior of the United States, in or around Cross Lanes, West Virginia, following a traffic stop on I-64 at or near exit 49. Gov't's Resp. at 7, ECF No. 6. Petitioner was then transported to the ICE processing facility in Poca, West Virginia. *Id.* This Petition was filed around 9:32 A.M. on the same day. *See* Pet. Petitioner was transported to the Western District of Pennsylvania and is currently detained at Moshannon Valley Processing Center. Gov't's Resp. at 8.

The Government acknowledges the Court's prior decision in *Centeno Pastrana v. Venturella*, No. 3:26-0486, 2026 WL 2283605 (S.D.W. Va. Aug. 7, 2026) and indicates that a hearing on the matter is not necessary insofar as the Court grants the same relief as in *Centeno Pastrana*. Gov't's Resp. at 2. Petitioner also agrees that a hearing is not necessary insofar as the Court grants the same relief as in *Centeno Pastrana*. Pet'r's Notice, ECF No. 7. This Court's opinion in *Centento Pastrana* is adopted and forms the basis for this brief opinion. *See Centeno Pastrana*, 2026 WL 2283605. The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed.

For the previously stated reasons, Petitioner's Petition, ECF No. 1, is **GRANTED**, and the Government's Motion to Dismiss, ECF No. 6, is **DENIED**.

The Government is **ORDERED** to **PROMPTLY RELEASE PETITIONER** Jorge Luis Soria Herrera in the Southern District of West Virginia, tomorrow, **September 9, 2026**, subject to an appropriate order of supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5. The Government is **ORDERED** to facilitate the prompt return of all property seized incident to Petitioner's detention, including legal documents, to Petitioner at the time of his release.

To that end, Petitioner will be returned to the Poca ICE facility and interviewed as necessary for the determination of his conditions of supervision. Petitioner will be permitted to consult with counsel during such interview. *See* 8 C.F.R. § 241.4(d)(3). The Government is **DIRECTED** to provide reasonable notice of **at least three hours** to Petitioner's counsel of the anticipated time of Petitioner's release. If reasonable objections to certain conditions of release persist after attempted resolution between parties, such conditions shall not be imposed, and the matter shall be immediately brought to the Court's attention for resolution.

The Show Cause Hearing previously scheduled for Wednesday, September 9, 2026, is **CANCELLED**.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER: September 8, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE